**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01335-RPM-CBS

DAVID WERNICK,

       Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

       DATED: July 13th, 2010

                         BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge